**People of the State of Illinois, Plaintiff-Appellee, v. Earl Jamison, Defendant-Appellant.**

**Gen. No. 52,139. (Abstract of Decision.)**

First District, First Division.

November 4, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Herbert Becker, Norman W. Fishman and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and John M. Goldberg, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.